IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN TYLER O'QUINN,

                                  Petitioner,

           v.                                   CASE NO. 23-3128-JWL

JEFF EASTER,

                                  Respondent.

## MEMORANDUM AND ORDER

       This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Kansas prisoner Justin Tyler O'Quinn. On July 14, 2023, the Court dismissed this matter without prejudice and declined to issue a certificate of appealability. (Doc. 7.). The matter comes now before the Court on two documents filed on July 17, 2023 as supplements to a previously considered response to the Court's Notice and Order to Show Cause. (Docs. 9 and 10.) The Court has reviewed the documents and, even liberally construed, they do not seek reconsideration of the judgment or otherwise request relief. Thus, the Court will take no further action on the supplements at this time.

       **IT IS THEREFORE ORDERED** that the Court will take no further action on the supplements (Docs. 9 and 10.) This case remains closed.

       **IT IS SO ORDERED.**

       DATED:   This 18th day of July, 2023, at Kansas City, Kansas.

                                                 S/ John W. Lungstrum
                                                 JOHN W. LUNGSTRUM
                                                 United States District Judge